UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIE WHITE, | Case No. 19-cv-03343-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE CONSENT AND ORDER TO SHOW CAUSE RE ANSWER** |
| ANDREW M. SAUL, | |
| Defendant. | |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b).

Accordingly, if they have not already done so, the parties are hereby DIRECTED to advise the Court, no later than **February 11, 2020**, whether they consent to have a magistrate judge conduct all further proceedings in the instant action. Normally the parties would be directed to inform the court in their Joint Case Management Statement filed in connection with the initial Case Management Conference. However, because this case involves a review of an administrative record, a case management conference has not been scheduled. For the parties' convenience, forms are also available at http://www.cand.uscourts.gov/civilforms.

In addition, the defendant is Ordered to Show Cause why its answer has not been filed in light of the service on defendant by the United States Marshal in June and August 2019. Dkt. Nos. 11 & 12. Defendant shall discharge this Order to Show Cause by filing an explanation as to the delay and filing its Answer and the Administrative Record on or before **February 20, 2020**.

**IT IS SO ORDERED.**

Dated: January 21, 2020

William H. Orrick
United States District Judge